1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant THORSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-852 DLJ |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION FOR CONTINUANCE AND ORDER |
| v. | ) ) | |
| ERICK ROBERT THORSEN, | ) ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS ON REVOCATION HEARING date of April 30, 2010, scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and reset on June 4, 2010 at 9:00 a.m.

Mr. Thorsen has not yet appeared before the district court on the supervised release petition, and United States Probation Officer Nicole Fairchild is unavailable on April 30, 2010. The continuance is requested to allow Mr. Thorsen to recover from a work-related injury, and to continue drug testing and counseling. The government does not object to the requested continuance. No exclusion of time is necessary, given that this is a violation of supervised release action.

*United States v. Thorsen*, CR 09-852 DLJ
STIPULATION AND [PROPOSED] ORDER          - 1 -

The Probation Office is agreeable to the date of June 4, 2010.

DATED: April 23, 2010

/S/
_____
KESLIE STEWART
Assistant United States Attorney

DATED: April 22, 2010

/S/
_____
COLLEEN MARTIN
Assistant Federal Public Defender

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference date in this case, currently scheduled for April 30, 2010, at 9:00 a.m. is continued to June 4, 2010 at 9:00 a.m. for status.

SO ORDERED.

DATED: April 23, 2010

_____
HONORABLE D. LOWELL JENSEN
United States District Judge