# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ERICK ROBERT THORSEN | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-09-00852-001 DLJ<br>BOP Case Number: DCAN409CR000852-001<br>USM Number:     10312-041<br>Defendant's Attorney :Ellen Leonida |

**THE DEFENDANT:**

[x]  admitted guilt to violation of condition(s) Charges 2,3,5,6,7,8 and 9 of Amended Petition filed 9/1/2011 regarding the term of supervision.

[ ]  was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

September 30, 2011
Date of Imposition of Judgment

Signature of Judicial Officer

Honorable D. Lowell Jensen, U. S. District Judge
Name & Title of Judicial Officer

October 11, 2011
Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation

DEFENDANT:        ERICK ROBERT THORSEN                                         Judgment - Page 2 of 3
CASE NUMBER:   CR-09-00852-001 DLJ

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge Two | Violation of standard condition to not commit another federal, state or local crime | 5/23/3011 |
| Charge Three | Violation of special condition to participate in a substance abuse testing and treatment program as directed by the probation officer | 6/14/2011 |
| Charge Five | Violation of standard condition to not commit another federal, state or local crime | 12/19/2011 |
| Charge Six | Violation of standard condition to not commit another federal, state or local crime | 3/18/2011 |
| Charge Seven | Violation of standard condition to not commit another federal, state or local crime | 8/11/2011 |
| Charge Eight | Violation of mandatory condition that he not possess a dangerous weapon | 8/11/2011 |
| Charge Nine | Violation of standard condition number seven that he not possess any paraphernalia related to any controlled substances | 8/11/2011 |

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

DEFENDANT: ERICK ROBERT THORSEN  
CASE NUMBER: CR-09-00852-001 DLJ  
Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 9 months.
No term of supervised release imposed.

[ ] The Court makes the following recommendations to the Bureau of Prisons:

[x] The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ] The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy United States Marshal